# Exhibit A

03/2009   [9K6323176 - 9K6323177]

[Logo: Manuel I. Castro-Gil Iglesias Notary's Office, Lugo]   [Stamp]

> Manuel Ignacio Castro-Gil Iglesias
>
> NOTARY PUBLIC
>
> 1 Reina St., 4th

NUMBER THREE-THOUSAND AND THIRTY-NINE-------------------------------

POWER OF ATTORNEY.------------------------------------------------------------

**IN LUGO**, on October twenty-two of two-thousand and nine.

Before me, **MANUEL IGNACIO CASTRO-GIL IGLESIAS**, Notary Public of the Ilustre Colegio of Galicia, domiciled in this capital, ---------------------------------------

APPEARS: --------------------------------------------------------------------------

**MRS. GLAFIRA ROSALES ROJAS**, born on          of Mexican and American citizenship, married, residing in          Sands Point, New York     United States of America, and Mexican passport holder number          which expires on August 8, 2011.

INTERVENES being of sound mind and legal capacity to grant this POWER OF ATTORNEY, and-----------------------------------------------------------------------------------

GRANTS: ------------------------------------------------------------------------------------

Confers authority to legally act on her behalf to her daughter, **MRS. ISOLINA NOA BERGANTIÑOS ROSALES**, born on          1991, of Spanish and American citizenship,

from the same neighborhood and residence as the grantor and American passport number

▬▬▬▬▬ so that, in her name and representation, even if contrasting interests exist or leads to self-dealing, she can, **solely and exclusively with regards to accounts, investment funds, deposits, savings books, public debt, bonds or any other banking contract or product, that the grantor owns in savings banks, banks or any credit institution in Spain,** to carry out the following actions with full competence, powers and functions, with the freedom to make agreements, clauses, provisions, decisions and declarations, so that the agent holds full representation of the grantor, without any difficulty, limitation or exception: ------------------------

I.- Open, continue, cancel and settle such contracts; withdraw funds and, in general, carry out as many actions as law and the banking practice allows, such that the agent has their free disposition. -------------------------------------------------------------------------------------------------

II.- Grant and sign the necessary private and public documents, being able to do everything that is precedent, incident, a consequence or object of said functions. -------------------

So states and avers, after the legal notices and disclaimers required by law. -----------------

In accord with the provisions set forth in Organic Law 15/1999, the appearing party has been informed and accepts the incorporation of her personal information into the computer files in the Notary, which will be stored confidentially, without prejudice to any submission before the Public Administrations as required by law and, in your case, to the Notary Public who succeeds the current one in this position. The purpose is to formalize this power of attorney, its registration and subsequent follow-up and the tasks inherent to a Notary Public. ----------------------------------

This instrument having been read by me prior warning and waiver, the grantor agrees, ratifies its content and signs before me, the Notary Public, I attest that I identify her by the aforementioned passport, of her competence and legitimization to confer this, that she has freely

given her authorization, that this power of attorney is given in accordance to the law and the duly informed will of the grantor and of all of that recorded in this public instrument spread out in two folios with the same series, which are this one and the previous corresponding one. ----------------

Below is the signature of the appearing party.  Stamped and signed the Notary Public who gives authorization.   Stamped and signed.

> **Tariff Application,Provision. Additional 3rd Law 8/1989**
> **DOCUMENT WITHOUT TARIFF BASE**

IT IS AN EXACT COPY OF THE ORIGINAL WHICH I REFER TO AND LEAVE A NOTE, WHICH I GIVE TO THE GRANTOR IN TWO FOLIOS OF STAMPED PAPER USED SOLELY BY THE NOTARY PUBLIC, WHICH ARE THIS ONE AND THE PREVIOUS ONE.  IN LUGO, SAME DAY AS THE AUTHORIZATION. I attest.

**[**Europe Notary Stamp,          [Castro-Gil Iglesias Stamp]     [Signature]
General Council of the
Spanish Notary, Number
0125602984]

**Passport** (with photo)

Country: Spain

Passport Number:

Name: Isolina Noa

Last Names: BERGANTIÑOS Rosales

Nationality: Spanish

Identification Number

Date of Birth [1991]

Sex: F[emale]

Place of Birth: New York (U.S.A.)

Date of Issue: 07/25/[UI]

Expiration Date: 07/24/2012

Authority: New York



Cuentas - Clientes de una cuenta                                    Page 1 of 1

**Clientes de una cuenta**

Cuenta

Banco  Oficina  Producto
0182   2680    EX

— Datos de la cuenta —

Entidad propietaria
BANCO BILBAO VIZCAYA ARGENTARIA

Entidad comercializadora
BANCO BILBAO VIZCAYA ARGENTARIA

Clientes de la cuenta                                        Página  1 / 1

| Nº Identificador | Nombre / Razón social | Personalidad | Nº orden |
|---|---|---|---|
| | JOSE CARLOS BERGANTIÑOS DIAZ | TITULAR | 1 |
| | JESUS ANGEL BERGANTIÑOS DIAZ | PERSONA AUTORIZADA | 1 |
| | GLAFIRA ROSALES DE GONZALEZ | PERSONA AUTORIZADA | 2 |

— Datos del cliente —

Nº identificador

Nombre / Razón social

Personalidad

— Selección de entidad —

Entidades

https://portalintranet.es.igrupobbva/NACAR/nccl_es_web/servlet/web?flujo=NCCL...   05/09/2012

05/09/2012

## Consulta de cliente
### Consulta de cliente

**Datos del cliente**

Entidad: BANCO BILBAO VIZCAYA ARGENTARIA

Nombre / Razón social: JOSE CARLOS BERGANTIÑOS DIAZ

Tipo Id. fiscal: NIF PERSONA FÍSICA

Nº Id. fiscal: [REDACTED]

**Datos de Identificación**

Segmento: Mi | PARTICULARES

CNO: 0026 | OTRAS PROFESIONES LIBERALES

Sector / Subsector: Sector No Residente

Tipo de ocupación: Fijo

Año inicio ocupación: 1984

Estudio: Particulares

Residencia/Tipo tarjeta residente: [REDACTED]

**Colectivo**: i3554    **Tipo Institución**: 10 - FAMILIA1

**Criterio de Institución**: 03 - P. FISICAS

**Relación con la entidad**    **Tipo cliente**: RESTO DE CLIENTELA

**Fecha de alta**: 29/07/1999    Project finance

**Domicilio fiscal**

Cód Pais: 400    ESTADOS UNIDOS DE AMERICA

Resto datos domicilio

Tipo de vía    Domicilio

Localidad: SANDS POINT

Provincia

Número

C. postal

**Información de contacto**

Tfno. principal    Tfno. móvil / alt.    Tfno. trabajo    Fax

E-mail

Public.    Idioma: Sí    Castellano

https://portalintranet.es.igrupobbva/NACAR/nccl_es_web/servlet/web?flujo=NCCLFL00001180388769920352110 37

Page 1 of 2

05/09/2012

## Consulta de cliente
### Consulta de cliente

**Datos del cliente**

Entidad: BANCO BILBAO VIZCAYA ARGENTARIA
Tipo Id. fiscal: NIF PERSONA FÍSICA
Nº Id. fiscal: [REDACTED]
Nombre / Razón social: JESUS ANGEL BERGANTIÑOS DIAZ

**Datos de identificación**

Segmento: MI — PARTICULARES
Tipo de ocupación: Fijo
Año inicio ocupación: 
CNO: 0003 — ARQUITECTOS E INGENIEROS TECNICOS Y SIMILARES
Estudio: Particulares
Sector / Subsector: Otr. Sec. Resid. - Personas Físicas y Empresarios Individuales

Colectivo: 
Tipo institución: 10 - FAMILIAS
Relación con la entidad: 
Tipo cliente: RESTO DE CLIENTELA
Fecha de alta: 31/12/1998
Residencia/Tipo tarjeta residente: 
— Project finance

Criterio de institución: 03 - P.FISICAS
Domicilio fiscal:
Cód. País: 11 ESPAÑA
Tipo de vía: Plaza
Domicilio: CALLAO
Número: 16
Resto datos domicilio: 18 BBVA
Localidad: FERROL
Provincia: A CORUÑA
C. postal: 15402

**Información de contacto**

Tfno. principal: [REDACTED]
Tfno. móvil / alt.: [REDACTED]
Tfno. trabajo: 
Fax: 
Públic.: SI
Idioma: Castellano
E-mail: 

https://portalintranet.es.igrupobbva/NACAR/nccl_es_web/servlet/web?flujo=NCCLFL00001180388769920352I1037

Page 1 of 2

## Consulta de cliente

### Datos del cliente

Entidad: BANCO BILBAO VIZCAYA ARGENTARIA
Nombre / Razón social: GLAFIRA ROSALES DE GONZALEZ
Tipo documento: Tipo Id. fiscal PASAPORTE-DOC EXTRANJ. PERSONA   Nº Id. fiscal PONUY8413

### Datos Identificativos | Datos personales | Datos profesionales | Datos complementarios

#### Datos de identificación

Segmento: M  PARTICULARES
CNO: 0068  AMAS DE CASA   Tipo de ocupación   Año inicio ocupación 2004
Sector / Subsector: Sector de Residente   Estudio Particulares

Colectivo Tipo Institución: 10 - FAMILIAS
Criterio de institución: 03 - P. FISICAS   Relación con la entidad Tipo cliente RESTO DE CLIENTELA   Fecha de alta 29/07/1999  F  Project finance

#### Domicilio fiscal

Cód. País: 400 ESTADOS UNIDOS DE AMERICA   Tipo de vía Calle   Domicilio   Número
Resto datos domicilio:   Localidad NEW YORK 11023   Provincia   C. postal

### Información de contacto

Tfno. principal   Tfno. móvil / alt.   Tfnd. trabajo   Fax   Public. SI   Idioma Castellano
E-mail

https://portalintranet.es.igrupobbva/NACAR/nccl_es_web/servlet/web?flujo=NCCLFL00001180388769920352110 37   05/09/2012

**BERGANTIÑOS DIAZ**
Jose Carlos
Española
1955
(Lugo)

Varón
C.G. Nueva York

20/07/2000
19/07/2010

Isabel Fortuño
Canciller

Y 762477

P<ESP<Y762477<RES8300081<302<316<<<<<<<<<<<<

