# Exhibit B




11050 Sands Point



Zillow Digs™
Discover your dream kitchen
See more ideas ›

### Price History

View your 2013 Credit Score Instantly for $0

| Date | Description | Price | Change | $/sqft | Source |
|---|---|---|---|---|---|
| 05/07/2013 | Price change | $2,390,000 | -4.4% | $398 | Accents On Real Estate, Inc. |
| 04/03/2013 | Price change | $2,499,000 | -2.0% | $416 | Accents On Real Estate, Inc. |
| 03/14/2013 | Price change | $2,549,000 | -1.9% | $424 | Accents On Real Estate, Inc. |
| 04/18/2012 | Listed for sale | $2,599,000 | -- | $433 | Real Living |
| 04/14/2012 | Listed for sale | $2,599,000 | -- | $433 | Accents On Real Estate Inc. |
| 04/07/2012 | Listing removed | $2,599,000 | -- | $433 | Accents On Real Estate, Inc. |
| 03/28/2012 | Price change | $2,599,000 | -3.0% | $433 | Accents On Real Estate, Inc. |
| 04/07/2011 | Listed for sale | $2,680,000 | 13.3% | $446 | Accents On Real Estate, Inc. |
| 08/03/2005 | Sold | $2,365,000 | -- | $394 | Public Record |

▲ fewer

### Tax History

Find assessor information on the county website

| Year | Property taxes | Change | Tax assessment | Change |
|---|---|---|---|---|
| 2012 | $39,493 | -0.7% | $7,370 | 19.4% |
| 2011 | $39,767 | 15.1% | $6,175 | -7.7% |
| 2010 | $34,546 | 9.5% | $6,693 | 0.8% |

▼ more

### Monthly Payment

**Home price**
$2,390,000

**Percent down: 20%**
($478k)

**Program:**

| Estimated Payment | **$11,562** |
|---|---|
| Principal & Interest | $8,602 |
| Taxes | $2,888 |
| Homeowners Insurance | $72 |

#### Nearby Similar Sales

**25 Shorewood Dr, Sands Point, NY 11050**
Sold on 8/29/2012: $1,850,000
Beds: 4    Sqft: 2744
Baths: 5.5    Lot: 87120

**32 Old House Ln, Port Washington, NY 11…**
Sold on 7/11/2012: $3,235,000
Beds: 7    Sqft: 6178
Baths: 5.5    Lot: 87555

**11 Forest Dr, Port Washington, NY 11050**
Sold on 10/23/2012: $1,870,000
Beds: 5    Sqft: 4450
Baths: 3.5    Lot: 85400

See sales similar to 21 Elm Ct

#### Featured Partners

**LifeLock®**
www.lifelock.com
Protect your Family's Identity. Get LifeLock Ultimate™

**Capital One 360 Home Loans**
www.capitalone360.com/home-loans
Create mortgage envy with a home loan you can brag about. Learn more.

**Quicken Loans® Home Loans**
www.QuickenLoans.com
No need to go to a bank. Get your home mortgage online with us today!

View larger map

See all homes for sale nearby  Map homes ›



**Nearby Schools in Sands Point**

Data and ratings provided by GreatSchools.org

|  | Grades | Distance |
|---|---|---|
| John J Daly Elementary | K-5 | 0.6 mi |
| Guggenheim Elementary | K-5 | 0.7 mi |
| St. Peter of Alcantara School | PK-8 | 1.3 mi |
| Happy Montessori School | None | 1.3 mi |
| Manorhaven Elementary | K-5 | 1.5 mi |
| John Philip Sousa Elementary | K-5 | 1.5 mi |
| Paul D Schreiber Senior High | 9-12 | 1.8 mi |

More schools in Sands Point

**Get more information**

Contact a local buyer's agent to learn more.

- Anne Arter
  (6 reviews)
  Call: (516) 712-6293
- Joanna Weber
  Write a review
  Call: (516) 307-4692
- Irene Rallis
  (9 reviews)
  Call: (516) 712-6998

Your Name
Phone
Email Address
I am interested in 21 Elm Ct, Sands Point, NY 11050.

☐ I want to get pre-approved.

[Contact Agent]

Learn how to appear in this list

Browse more 11050 buyers' agents

Listing provided by
See homes for sale nearby. Map homes ›

Sherry Hakimian, Accents On Real Estate, Inc., (516) 627-9360, source: Real Living

Report problem with listing

**Nearby Cities**
East Meadow
Elmont
Freeport
Great Neck
Hicksville
Levittown
Long Beach
Massapequa
Town of Hempstead
Valley Stream
Claremont Village
Concourse Village
Jamaica Center
Lenox Hill
Mount Eden
North Baldwin
North Corona
Olinville
Pelham Parkway
Seaside

**Nearby Zip Codes**
11025
11050

**Other Sands Point Topics**
Apartments for Rent in 11050
Houses for Sale in 11050
Houses for Rent in 11050
11050 Real Estate
Sands Point Condos
Houses for Sale in Sands Point
Newest Listings in Sands Point
Sands Point Home Values
Sands Point Real Estate
Agents
Sands Point Refinance
Sands Point Mortgage Rates

21 Elm Ct, Sands Point, NY, 11050 is a single family home of 6,000 sqft on a lot of 89,733 sqft (or 2.06 acres). Zillow's Zestimate® for 21 Elm Ct is $2,160,444 and the Rent Zestimate® is $8,548/mo. This single family home has 5 bedrooms, 6 baths, and was built in 1991. This home's asking price dropped by $109,000 on 05/07/2013. The 5 bed single family home at (undisclosed Address) in Sands Point is comparable and for sale for $2,199,000. This home is located in Sands Point in zip code 11050. East Meadow, Elmont, and Freeport are the nearest cities.

| About | Zestimates | Jobs | Help | Advertise | Terms of Use & Privacy Policy | Blog |
|---|---|---|---|---|---|---|

Yahoo!-Zillow Real Estate Network    © 2006-2013 Zillow    Follow us

 See homes for sale nearby. Map homes ›