# Exhibit C

## LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING

| Name of Published Decision or Published Article | Defendant's Name | Status |
|---|---|---|
| *United States v. Price*, No. 4:08-132, 2009 WL 3161426 (E.D. Tex. Sept. 29, 2009) | Jamie Lee Price | Defendant fled while on electronic monitoring; either voluntarily surrendered or was apprehended |
| *New England in Brief*, BOSTON GLOBE, Sept. 24, 2009 | Chuong Van Duong | Defendant fled while on electronic monitoring; remains a fugitive |
| Rich Cholodofsky, *$250K bond claimed by bondsman in Florida fugitive's capture*, TRIBUNE-REVIEW (Greensburg, Pa.), Sept. 9, 2009 | Ralph Skundrich | Defendant fled while on electronic monitoring; arrested after a 5-year search |
| *Thompson v. United States*, No. 06-049, 2009 WL 2762648 (D.Md. Aug. 31, 2009) | Desmond Anthony Thompson | Defendant fled while on electronic monitoring; apprehended almost two months after fleeing the state |
| *BRIEF: Sex offender pleads guilty to violating registration act*, THE KNOXVILLE NEWS-SENTINEL, Aug. 25, 2009 | Larry Keith Huddle | Defendant fled while on electronic monitoring; apprehended about a month after flight |
| *Across the Region*, CHARLOTTE OBSERVER, Aug. 12, 2009, § B at 2 | Brandon William Harrington | Defendant fled while on electronic monitoring; apparently still a fugitive |
| Rudy Larini, *Onetime fugitive gets 17-year term: Cocaine smuggler fled before trial*, THE STAR-LEDGER (Newark, NJ), Aug. 4, 2009, at 15 | Tyshaun Saint Vallier | Defendant fled while on electronic monitoring; apprehended |
| Julie Shaw, *In plea agreement, lawyer Perrine gets 13-26 months in prison*, PHILADELPHIA DAILY NEWS, July 23, 2009, at 8 | D. Scott Perrine | Defendant fled while on electronic monitoring; apprehended about a month after flight |
| Brandy Brubaker, *DNA tests begin on man found in Mexico*, THE DOMINION POST (Morgantown, W. Va.), July 17, 2009 | David Coffman | Defendant fled while on electronic monitoring; defendant's deceased body discovered in Mexico |
| Teresa Stepzinski, *Absconded sexual predator from Waycross caught in Putnam County*, THE FLORIDA TIMES-UNION (Jacksonville), June 19, 2009 | Paul Robert Hickok | Defendant fled while on electronic monitoring; captured 24 hours after fleeing |
| *Woods v. Chapman*, No. 4:04-405, 2009 WL 1636352 (N.D. Tex. June 10, 2009) | Michael Jay Woods | Defendant fled while on electronic monitoring; captured later |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| John Marzulli, *Disgraced Ex-Broker Jumps Bail*, NEW YORK DAILY NEWS, June 6, 2009, at 7 | Julian Tzolov (09 Cr. 685 (PGG)) | Defendant fled while on electronic monitoring; captured later in Europe |
| Nick Heynen, *Robbery suspect bolts bank, hits store before police nab him at restaurant*, WISCONSIN STATE JOURNAL, June 3, 2009, at A1 | Justin M. Simpson | Defendant fled while on electronic monitoring; apprehended |
| *Gonzalez v. United States*, No. 08-20358, 2009 WL 855984 (S.D. Fla. Mar. 30, 2009) | Teodoro Julio Gonzalez | Defendant fled while on electronic monitoring; apprehended |
| *Mota v. United States*, No. 2004-071, 2009 WL 1468472 (D. Virgin Islands, May 26, 2009) | Juan Mota | Defendant fled while on electronic monitoring; apprehended several months after fleeing |
| Sandra K. Reabuck, *Former weatherman pleads no contest to flight, forgery*, THE TRIBUNE-DEMOCRAT (Johnstown, Pa.), Apr. 30, 2009 | James Holcomb | Defendant fled while on electronic monitoring; apprehended in the Ukraine |
| *BRIEF: Fugitive caught in Lumberton*, FAYETTEVILLE OBSERVER (Fayetteville, N.C.), Apr. 23, 2009 | Donald McCain | Defendant fled while on electronic monitoring; apprehended |
| *Police and Courts*, CHARLESTON GAZETTE & DAILY MAIL (W. Va.), Apr. 17, 2009, at 2A | James D. Loveless | Defendant fled while on electronic monitoring; remains a fugitive |
| Kay Powell, et al, *Community News*, ATLANTA JOURNAL AND CONSTITUTION (Ga.), Apr. 10, 2009, at B4 | Pamela Graf | Defendant fled while on electronic monitoring; apprehended after defendant was hospitalized for drug overdose |
| *United States v. Patterson*, No. 1:08-0383, 2009 WL 960836 (M.D. Pa. Apr. 8, 2009) | Timothy S. Patterson | Defendant fled while on electronic monitoring; apprehended several months after fleeing |
| *State Briefs*, CHARLESTON GAZETTE & DAILY MAIL (W. Va.), Mar. 27, 2009, at 7D | Joshua James Harrison | Defendant fled while on electronic monitoring; apprehended |
| Lawrence Mower, *Traffic stop helped police find suspects in woman's death*, LAS VEGAS REVIEW-JOURNAL (Nev.), Mar. 27, 2009, at 1B | Patricia McDermott | Defendant fled while on electronic monitoring; surrendered voluntarily |
| Stephanie Farr, *6 fugitives arrested in murder-related cases*, PHILADELPHIA DAILY NEWS (Pa.), Mar. 11, 2009, at 7 | Emmitte Madison | Defendant fled while on electronic monitoring; apprehended |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| *Lexington Ins. Co. v. Wolfe*, No. 07-0322, 2009 WL 532171 (S.D. Ala. Mar. 2, 2009) | Edmond H. Smith IV | Defendant fled while on electronic monitoring; apprehended by local law enforcement in Costa Rica |
| *Wanted W. Va. suspect arrested*, PITTSBURGH TRIBUNE REVIEW (Pa.), Feb. 26, 2009 | Kenneth Boyce | Defendant fled while on electronic monitoring; apprehended |
| *In re Alexis G.*, No. 08-0095, 2008 WL 4788287 (Ariz. Ct. App. Feb. 5, 2009) | Alexis G. | Defendant fled while on electronic monitoring; apprehended 72 days after fleeing |
| *United States v. Riquinha*, 328 Fed.Appx. 665 (1st Cir. 2009) | Richard Dimott | Defendant fled while on electronic monitoring; apprehended after seven months as a fugitive |
| *State v. McKinney*, 769 N.W.2d 877 (Wisc. Ct. App. 2009) | Wesley L. McKinney | Apprehended several months after absconding |
| *United States v. Lantigua-Almonte*, No. 07-0804, 2008 WL 5491272 (E.D.N.Y. Dec. 10, 2008) | Juan Carlos Lantigua-Almonte | Defendant fled while on electronic monitoring; defendant apparently remains a fugitive |
| Jeff Reinitz, *BRIEF: Public's help sought to find wanted man*, WATERLOO-CEDAR FALLS COURIER (Iowa), Dec. 6, 2008 | Martin Rodriguez-Tapia | Defendant fled while on electronic monitoring; remains a fugitive |
| Willoughby Mariano, *Fugitive rapist from Virginia captured, booked into Orange County Jail*, ORLANDO SENTINEL, Nov. 6, 2008, at B3 | Jeffrey Lynn Doorvale | Defendant fled while on electronic monitoring; apprehended |
| *United States v. Van Buren, Jr.*, No. 3:08-198, 2008 WL 3414012 (N.D.N.Y. Aug. 8, 2008) | Barclay J. Van Buren, Jr. | Defendant fled while on electronic monitoring; arrested later |
| *Sexual Predator Captured*, U.S. STATE NEWS, July 28, 2008 | Mark Hugo | Defendant fled while on electronic monitoring; apprehended |
| *Man on the run sentenced to 11 years for Medicare Fraud*, MIAMI HERALD, July 3, 2008 | Gustavo Smith | Defendant fled while on electronic monitoring; remains a fugitive |
| Jeff German, *Ruse gets "flight risk" pass to freedom: with concocted story, bribery suspect slips authorities' grip*, LAS VEGAS SUN, June 26, 2008, at 1 | Metin Atilan | Defendant fled while on electronic monitoring; remains a fugitive |
| Mike Sakal, *"Most Wanted" show features Valley fugitive: Cave Creek woman fled after conviction in investment scheme*, THE TRIBUNE (Mesa, Ariz.), June 21, 2008 | Rebecca Parrett | Defendant fled while on electronic monitoring; remains a fugitive |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| *United States v. Soto*, No. 07-800, 2008 WL 2510139 (E.D.N.Y. June 19, 2008) | Joel Soto | Defendant fled while on electronic monitoring; defendant apparently remains a fugitive |
| Thomas W. Krause, *Child Sex Defendant Flees Trial; Ankle Monitor was Cut Off, Officials Say*, TAMPA TRIBUNE (Fla.), June 10, 2008, at 2 | Kareem Abdul Hack | Defendant fled while on electronic monitoring; remains a fugitive |
| *United States v. Kern*, No. 5:08-14, 2008 WL 2307557 (N.D. W. Va. June 4, 2008) | Adam Lee Kern | Defendant fled while on electronic monitoring; arrested |
| *Arizona Department of Public Safety Plays Important Role in Helping to Locate Fugitive in Florida*, U.S. STATE NEWS, June 4, 2008 | Charles Klaver | Defendant fled while on electronic monitoring; apprehended |
| *United States v. Odumabo*, No. 2:04-87, 2008 WL 2003229 (N.D. Ind. May 7, 2008) | Adekunle Odumabo | Defendant fled while on electronic monitoring; arrested nearly two years after absconding |
| *Sexual Predator Captured*, U.S. FEDERAL NEWS, Apr. 23, 2008 | Stephen Alexander Bell | Defendant fled while on electronic monitoring; apprehended |
| *United States v. Montano*, No. 07-3015-01, 2008 WL 926576 (Apr. 7, 2008) | Angel L. Montano | Defendant fled while on electronic monitoring; arrested |
| Ted Sherman, *Deep inside airport, checks were stolen for counterfeiters: Newark thefts tip of iceberg*, THE STAR-LEDGER (Newark, NJ), Mar. 20, 2008, at 1 | Luis Alcantara | Defendant fled while on electronic monitoring; remains a fugitive |
| *United States v. Julius*, 577 F. Supp. 2d 588 (D. Conn. 2008) | Thomas Julius | Defendant fled while on electronic monitoring; arrested about two months after leaving home |
| *Pethtel v. West Virginia State Police*, 568 F. Supp. 2d 658 (N.D. W.Va. 2008) | Thomas Samuel Pethtel, Jr. | Defendant fled while on electronic monitoring; killed during arrest attempt |
| *Smith v. State*, 187 P.3d 511 (Alaska Ct. App. 2008) | John P. Smith, II | Defendant fled while on electronic monitoring; surrendered voluntarily |
| *In re Lloyd B.*, No. 055085, 2008 WL 788730 (Cal. Ct. App. March 26, 2008) | Lloyd B. | Defendant fled while on electronic monitoring; arrested |
| *United States v. Mark Madden*, 08 Cr. 1278 (RPP) | Mark Madden | Defendant cut his bracelet while on electronic monitoring; surrendered |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| Mike Miller, *Killer's Sentencing Hearing Turns Ugly; Langlois Lashes Out over 40-year Prison Term*, THE CAPITAL TIMES (Madison, Wis.), Dec. 21, 2007, at C2 | Britney Langlois | Defendant fled while on electronic monitoring; either apprehended or surrendered voluntarily |
| *Henry v. Philadelphia Adult Probation and Parole Dep't.*, No. 05-4809, 2007 WL 2670140 (E.D. Pa. Sept. 6, 2007) | Sean Brown | Defendant fled while on electronic monitoring; arrested after killing several people while a fugitive |
| *In re Jessica O.*, No. 030592, 2007 WL 2421769 (Cal. Ct. App. Aug. 28, 2007) | Jessica O. | Defendant fled while on electronic monitoring; apprehended weeks after fleeing |
| Patricia Manson, *Court Rejects En Banc Plea, But Dissent Issues Warning*, CHICAGO DAILY LAW BULLETIN, July 2, 2007, at 3 | Joseph Kalady | Defendant fled while on electronic monitoring; apprehended in Massachusetts after attempting to fake his own death |
| *Hells Angel Member is Added to Marshals' 15 Most Wanted List*, THE ARIZONA REPUBLIC (Phoenix, Ariz.), June 27, 2007, at B5 | Paul Eischeid | Defendant fled while on electronic monitoring; apparently remains a fugitive |
| *United States v. Griffin*, No. 3:04-105, 2007 WL 1725469 (N.D. Ind. June 12, 2007) | Ivory Griffin | Defendant fled while on electronic monitoring; arrested less than a month after absconding |
| Sheila Burke, *Jury's second look confirmed Duffer's guilt*, THE TENNESSEAN (Nashville, TN), June 7, 2007, at B1 | Jeremy Duffer | Defendant fled while on electronic monitoring; apprehended five months after fleeing |
| *United States v. Osborn*, No. 4:05-00109-12, 2007 WL 1219741 (E.D. Ark Apr. 25, 2007) | Terrance Osborn | Defendant fled while on electronic monitoring; apprehended several months after defendant's flight |
| *After seven years on the run, international fugitive in Sacramento fraud case sentenced to ten years in prison*, U.S. FEDERAL NEWS, Apr. 18, 2007 | Stephen D. Oles | Defendant fled while on electronic monitoring; apprehended in Europe and extradited to U.S. seven years after fleeing |
| *Officers seek Delhi man*, CINCINNATI POST (Ohio), Mar. 24, 2007, at A3 | John F. Butts | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| *Wessling v. Kenney*, No. 4:04-3375, 2007 WL 1289945 (D. Neb. March 13, 2007) | Kevin D. Wessling | Defendant fled while on electronic monitoring; either surrendered voluntarily or was apprehended |
| *Appearance on "Springer" means more trouble for accused molester*, CHICAGO-SUN TIMES, Mar. 11, 2007, at A06 | Mario Sims | Defendant fled while on electronic monitoring; either surrendered voluntarily or was arrested |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| *Jackson v. Marshall*, 500 F. Supp. 2d 1 (D. Mass. 2007) | Steven Olbinsky | Defendant fled while on electronic monitoring; arrested in Oregon after fleeing from Massachusetts |
| *Crime Watch*, BALTIMORE SUN (Md.), Nov. 2, 2006, at 3B | Tracey Fletcher | Defendant fled while on electronic monitoring; apprehended in Tennessee |
| *Commonwealth of Puerto Rico v. United States*, No. 05-1305, 2006 WL 2795576 (D.P.R. Sept. 26, 2006) | Filiberto Ojeda Rios | Defendant fled while on electronic monitoring; fatally shot in arrest attempt fifteen years after fleeing Connecticut for Puerto Rico |
| *Kirk v. Collier*, No. 05-373, 2006 WL 2789110 (W.D. Tex. Sept. 14, 2006) | Bruce Kirk | Defendant fled while on electronic monitoring; apprehended two months after absconding |
| *In re Geremiah S.*, Nos. A113616, A113617, 2006 WL 1620247 (Cal. Ct. App. June 12, 2006) | Katherine C. | Defendant fled while on electronic monitoring; apprehended weeks after fleeing |
| *Universal Bail Bonds, Inc. v. State*, 929 So.2d 697 (Fla. Dist. Ct. App. 2006) | Osvaldo Palmer | Defendant fled while on electronic monitoring; case does not mention whether he returned |
| *Child pornographer indicted by grand jury*, FORT PIERCE TRIBUNE, Dec. 17, 2005, at B2 | Mark Proctor | Defendant fled while on electronic monitoring; apprehended in Mexico while attempting to flee to Thailand |
| Bob Laylo, *Carbon convict cuts off house-arrest monitor*, MORNING CALL (Allentown, Pa.), Dec. 1, 2005, at B2 | Daniel Friendly, III | Defendant fled while on electronic monitoring; apprehended when defendant committed himself to a hospital |
| *West v. Commonwealth of Kentucky*, No. 2003-002229, 2005 WL 2899470 (Ky. Ct. App. Nov. 4, 2005) | Maurice West | Defendant fled while on electronic monitoring; surrendered voluntarily |
| *In re M.T.*, No. A109399, 2005 WL 2901709 (Cal. Ct. App. Nov. 4, 2005) | M.T. | Defendant fled while on electronic monitoring; apprehended |
| Anthony Colarossi, *Sex offender who ran away is recaptured*, ORLANDO SENTINEL, July 27, 2005, at B1 | Gregory Dean Elder | Defendant fled while on electronic monitoring; apprehended in Mexico |
| Kimberly A.C. Williams, *They can run, but now it's harder to hide from the law*, THE OREGONIAN (Portland, Or.), July 12, 2005, at B01 | Eric Williams | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| Buffy Spencer, 5 years ordered in stabbing case, THE REPUBLICAN (Springfield, Ma.), May 27, 2005, at 2 | Jason Gordon | Defendant fled while on electronic monitoring; either surrendered voluntarily or was arrested |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| Ken Little, *Police Blotter*, STAR-NEWS (Wilmington, N.C.), May 12, 2005, at 2B | Daniel C. Benson | Defendant fled while on electronic monitoring; apprehended in New York |
| Justin Quinn, *Stabbing lands 17-year-old in state prison*, INTELLIGENCER JOURNAL (Lancaster, Pa.), Apr. 27, 2005, at 1 | Terrence Khalif Ligon | Defendant fled while on electronic monitoring; apprehended during commission of a crime |
| Associated Press, *Bluefield teen pleads guilty to murdering her father*, CHARLESTON GAZETTE & DAILY MAIL (W. Va.), Jan. 27, 2005, at 2A | Kayla LaSala | Defendant fled while on electronic monitoring; either surrendered voluntarily or was arrested after fleeing to Florida |
| *In re Gwynne P.*, 830 N.E.2d 508 (Ill. 2005) | Detra Welch | Defendant fled while on electronic monitoring; apprehended some time after escaping custody |
| *United States v. Randolph*, 167 Fed.Appx. 942 (4th Cir. 2005) | Anthony Allen Lemay | Defendant fled while on electronic monitoring; apprehended almost a year after absconding |
| *United States v. Turner*, 134 Fed.Appx. 17 (6th Cir. 2005) | Ronald Turner | Defendant fled while on electronic monitoring; defendant apprehended about three months after absconding |
| Connie Paige, *Robber owns up to his crimes; photographer gets 3-6-year sentence*, BOSTON GLOBE, Aug. 15, 2004, at 1 | Gary Tobin | Defendant fled while on electronic monitoring; apprehended days after he fled to New Hampshire |
| W.F. Keough, *Police snag fugitive in Galloway*, THE PRESS OF ATLANTIC CITY, Aug. 4, 2004, at C1 | Theodore Brian Schecter | Defendant fled while on electronic monitoring; apprehended seven years after absconding |
| *Around the Area*, WICHITA EAGLE (Kans.), May 22, 2004, at 3B | Rico Glynn | Defendant fled while on electronic monitoring; either surrendered voluntarily or was arrested |
| *People v. Christian*, No. C041607, 2004 WL 859312 (Cal. Ct. App. Apr. 22, 2004) | Kenneth William Christian | Defendant fled while on electronic monitoring; apprehended while attempting to obtain passport to leave the country |
| *Gonzalez v. Rosenmeyer*, No. 03-5754, 2004 WL 759651 (E.D. Pa. Apr. 5, 2004) | Elias Gonzalez | Defendant fled while on electronic monitoring; arrested two months after defendant's flight |
| *In re Hunter*, 590 S.E.2d 333 (N.C. Ct. App. 2004) | Unnamed "respondent" | Defendant fled while on electronic monitoring; apprehended |
| *United States v. Worley*, 94 Fed.Appx. 44 (3d Cir. 2004) | Bonita Worley | Defendant fled while on electronic monitoring; surrendered voluntarily |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| *United States v. Montilla*, 315 F. Supp. 2d 132 (D. Mass. 2004) | Rafael Montilla | Defendant fled while on electronic monitoring; apparently remains a fugitive |
| *United States v. Angelo Haligiannis*, 04 Cr. 1058 (LTS) | Angelo Haligiannis | Defendant fled while on electronic monitoring; remains a fugitive |
| *United States v. Murat Korhan Saglan,* 04 Mag. 24 | Murat Korhan Saglan | Defendant fled while on electronic monitoring; remains a fugitive |
| Lloyd Jojola, *Rape Suspect to Be On "Wanted" Show*, ALBUQUERQUE JOURNAL (N.M.), Dec. 19, 2003, at B3 | Richard Sanchez | Defendant fled while on electronic monitoring; remained a fugitive for two years as of the date of this article |
| *In re Isaac G.*, No.B161700, 2003 WL 22705050 (Cal. Ct. App. Nov. 17, 2003) | Isaac G. | Defendant fled while on electronic monitoring; arrested |
| Tanyanika Samuels, *Ex-fugitive sentenced in drug, weapons case*, KANSAS CITY STAR, Oct. 24, 2003, at B3 | Tywanne Aldridge | Defendant fled while on electronic monitoring; apprehended in Spain |
| Tyra Braden, *Suspect who fled country denied bail; Former Bethlehem man faces drug charges from 2001*, MORNING CALL (Allentown, Pa.) Oct. 3, 2003, at B5 | Juan Martinez | Defendant fled while on electronic monitoring; apprehended while attempting to reenter the U.S. from the Dominican Republic |
| V. David Sartin, *Second time not any better for bank robber*, CLEVELAND PLAIN DEALER, July 11, 2003, at B1 | David Khouri | Defendant fled while on electronic monitoring; arrested while attempting to rob a bank |
| *Career criminal gets 16 years for gun violation*, CHICAGO TRIBUNE, July 9, 2003, at 6 | Robert Bibbs | Defendant fled while on electronic monitoring; apprehended |
| Akilah Johnson & Jean Guccione, *On the Law*, LOS ANGELES TIMES, June 27, 2003, at 2 | Andrew Luster | Defendant fled while on electronic monitoring; apprehended in Mexico |
| *In re Alberto L.*, No. C041420, 2003 WL21235658 (Cal. Ct. App. May 29, 2003) | Alberto L. | Defendant fled while on electronic monitoring; defendant either surrendered voluntarily or was arrested after absconding for several weeks |
| Bridget Hall Grumet, *Routine traffic stop nets most-wanted fugitive*, ST. PETERSBURG TIMES, Mar. 12, 2003, at 1 | Patrick Michael Czalpa | Defendant fled while on electronic monitoring; apprehended in Florida |

## LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING

| | | |
|---|---|---|
| *In re Aaron L.*, No. F041195 2003 WL 41560 (Cal. Ct. App. Jan. 6, 2003) | Aaron L. | Defendant fled while on electronic monitoring; fled to Mexico and arrested upon his return several months later |
| *United States v. Aikens*, 67 Fed.Appx. 100 (3d Cir. 2003) | Philip Aikens | Defendant fled while on electronic monitoring; arrested less than two weeks after fleeing |
| *United States v. Nguyen*, 339 F.3d 688 (8th Cir. 2003) | Minh Van Nguyen | Defendant fled while on electronic monitoring; defendant apprehended over a year after absconding |
| *Lewis v. Philadelphia Newspapers, Inc.*, 833 A.2d 185 (Pa. Super. Ct. 2003) | Carlton Bryant | Defendant fled while on electronic monitoring; case does not mention whether he returned |
| *Gonzalez v. State*, 115 S.W.3d 278 (Tex. App. 2003) | Raymond Gonzalez | Defendant fled while on electronic monitoring; returned after one week and was subsequently arrested |
| *Commonwealth of Pennsylvania v. Wegley*, 829 A.2d 1148 (Pa. 2003) | Jonathan N. Wegley | Defendant fled while on electronic monitoring; defendant either surrendered voluntarily or was arrested |
| *Area murder suspect jailed in Louisiana*, MOBILE REGISTER, Dec. 6, 2002, at B1 | Jamie Schwartz | Defendant fled while on electronic monitoring; apprehended in Louisiana |
| Amy Becker, *Sex offender who fled found in tent in woods; convict recognized by woman who helped him*, ST. PAUL PIONEER PRESS (Minn.), Oct. 5, 2002, at B2 | Anthony Joseph Macioch, Jr. | Defendant fled while on electronic monitoring; apprehended |
| David Doege, *Man who threw woman off bridge isn't freed*, MILWAUKEE JOURNAL SENTINEL, June 13, 2002, at 3 | Vladimir Monteagudo | Defendant fled while on electronic monitoring; apprehended |
| *United States v. Nee*, No. 01-10250, 2002 WL 1162594 (D. Mass. May 31, 2002) | Brian Nee, Kevin Kelly | Defendant fled while on electronic monitoring; both apprehended |
| *Kentucky militia leader flees from house arrest*, SEATTLE POST-INTELLIGENCER, March 15, 2002, at A3 | Charlie Puckett | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| *Escaped inmate caught in Southern California*, WASHINGTON TIMES, Jan. 21, 2002, at B3 | Ashley Overdorff | Defendant fled while on electronic monitoring; apprehended in California |
| *United States v. Hambrick*, 299 F.3d 911 (8th Cir. 2002) | James Dewey Hambrick | Defendant fled while on electronic monitoring; defendant either voluntarily surrendered or was apprehended |

## LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING

| | | |
|---|---|---|
| *People v. Luther*, 58 P.3d 1013 (Colo. 2002) | Mark Lowe Luther | Defendant fled while on electronic monitoring; apprehended in Texas after fleeing from Colorado |
| *In re Starr*, 128 Cal.Rptr. 2d 282 (Ct. App. 2002) | Barry Starr | Defendant fled while on electronic monitoring; fugitive since 1989, possibly dead |
| *People v. Perea*, 74 P.3d 326 (Colo. Ct. App. 2002) | Christopher Perea | Defendant fled while on electronic monitoring; arrested two weeks after fleeing |
| *Briefs*, DALLAS MORNING NEWS, Sept. 15, 2001, at 38A | Terrance James Hopkins | Defendant fled while on electronic monitoring; apprehended in Mexico |
| Peter Farrell, *Case Jolts Bail System Filled with the Poor*, THE OREGONIAN (Portland, Or.), May 7, 2001, at C01 | Damien Douglas | Defendant fled while on electronic monitoring; apprehended |
| Kevin Murphy, *D.A. may call boy, 2, as witness to slaying*, CAPITAL TIMES (Madison, Wis.), Jan. 23, 2001, at 3A | Christopher C. Nelson | Defendant fled while on electronic monitoring; pprehended |
| *United States v. Fuller*, 149 F. Supp. 2d 17 (S.D.N.Y. 2001) | John Fuller | Defendant fled while on electronic monitoring; arrested |
| *United States v. Perry*, 20 Fed.Appx. 97 (4th Cir. 2001) | Joseph Richard Perry | Defendant fled while on electronic monitoring; defendant apprehended about ten days after leaving the state |
| *Commonwealth v. North*, 755 N.E.2d 312 (Mass. App. Ct. 2001) | Richard D. North | Defendant fled while on electronic monitoring; arrested in Canada |
| Warren Wolf, *Minnesotan suspected in Texas slayings; A Staples man who fled Minnesota police was arrested after robbery and two killings*, STAR TRIBUNE (Minneapolis, Minn.), Nov. 17, 2000, at 01B | Tom Raper, Jr. | Defendant fled while on electronic monitoring; apprehended |
| *Authorities seek sex offender who removed monitor, fled*, MILWAUKEE JOURNAL SENTINEL, Nov. 9, 2000, at 2 | Tracy W. Snyder | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| *United States v. Zhang*, No. 98-1429, 2000 WL 1532951 (S.D.N.Y. Oct. 16, 2000) | Jing Zhang | Defendant fled while on electronic monitoring; still a fugitive as of 2001 |
| *News in Brief*, PHILADELPHIA INQUIRER, Oct. 17, 2000, at B12 | Keith Robinson | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| Eydie Cubarrubia, *Teen rock-throwing suspect reported missing; Jesus Dominguez was charged in a 1999 rock-throwing death*, BRADENTON HERALD (Bradenton, Fla.), Aug. 25, 2000, at 1 | Jesus Dominguez | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| *Arkansas lawyer pleads guilty to knowingly exposing 3 to HIV*, DALLAS MORNING NEWS, Mar 14, 2000, at 30A | Timothy Tillman | Defendant fled while on electronic monitoring; apprehended in Las Vegas |
| Matt O'Connor, *Investment Scam Partner Sentenced to Prison*, CHICAGO TRIBUNE, Feb. 24, 2000, at 3 | Slobodan Lunic | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| Eydie Cubarrubia, *Neighborhood shootings suspect disappears*, BRADENTON HERALD (Bradenton, Fla.), Jan. 6, 2000, at 1 | Delmiro Mendes | Defendant fled while on electronic monitoring; still a fugitive as of the date of this article |
| *State v. Brooks*, 604 N.W.2d 345 (Minn. 2000) | Wesley Brooks | Defendant fled while on electronic monitoring; arrested in Florida after fleeing from Minnesota |
| *State v. Ronau*, No. 98-1405, 199 WL 798913 (Ohio Ct. App. Oct. 8, 1999) | Timothy Ronau | Defendant fled while on electronic monitoring; apprehended in New Mexico after fleeing from Ohio |
| *Commonwealth of Pennsylvania v. Johnson*, 734 A.2d 864 (Pa. Super. Ct. 1999) | Joseph Johnson | Defendant fled while on electronic monitoring; returned voluntarily |
| *Commonwealth of Pennsylvania v. Hill*, 737 A.2d 255 (Pa. Super. Ct. 1999) | Tarquezze Hill | Defendant fled while on electronic monitoring; apprehended |
| *United States v. Engstrom*, 145 F.3d 1341 (9th Cir. 1998) | Samuel Ray Engstrom | Defendant fled while on electronic monitoring; defendant either voluntarily surrendered or was apprehended |
| *United States v. Abuhouran*, 162 F.3d 230 (3d Cir. 1998) | Aktham Abuhouran (a.k.a. Tony Houran) | Defendant fled while on electronic monitoring; dpprehended at Kennedy Airport while attempting to flee to Jordan |
| *United States v. Noriega—Sarabia*, 116 F.3d 417 (9th Cir. 1997) | Bertha Noriega-Sarabia, a.k.a. Maria de los Angeles Garcia-Salazar | Defendant fled while on electronic monitoring; defendant remained a fugitive as of this decision |
| *U.S. v. Perez*, 129 F.3d 255 (2d Cir. 1997) | Tyrone Perez | Defendant fled while on electronic monitoring; surrendered voluntarily |

**LIST OF DEFENDANTS WHO HAVE FLED WHILE ON ELECTRONIC MONITORING**

| | | |
|---|---|---|
| *United States v. Loeb*, 45 F.3d 719 (2d Cir. 1995) | William Loeb | Defendant fled while on electronic monitoring; arrested in Arizona after 39 days as a fugitive |